# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    MARKELL THRASH

      Debtor(s)

Case No. 15-27708

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 08/13/2015.

2)  The plan was confirmed on  NA .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was converted on 12/07/2015.

6)  Number of months from filing to last payment: 2.

7)  Number of months case was pending: 5.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank .

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $588.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $588.00

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $560.36 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $27.64 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $588.00

Attorney fees paid and disclosed by debtor: $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARP MEDICARE RX PLANS | Unsecured | 99.60 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| ALCOA BILLING CENTER | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN SURGEONS GROUP | Unsecured | 358.55 | NA | NA | 0.00 | 0.00 |
| AMERICAN SURGEONS GROUP | Unsecured | 249.45 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 266.00 | 266.12 | 266.12 | 0.00 | 0.00 |
| CHASE CC | Unsecured | 3,124.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 0.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery, Inc | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CALUMET CITY | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 203.33 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 448.00 | 452.76 | 452.76 | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| DEVCON SECURITY SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 1,089.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 422.86 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INGALLS FAMILY CARE CTR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY SUPERIOR CT | Unsecured | 166.50 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MEA Ingalls | Unsecured | 866.00 | NA | NA | 0.00 | 0.00 |
| MEA SULLIVAN | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| METLIFE AUTO HOME | Unsecured | 1,225.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 37.56 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 638.11 | 425.45 | 425.45 | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NICOR SOLUTIONS | Unsecured | 296.35 | NA | NA | 0.00 | 0.00 |
| NICOR SOLUTIONS | Unsecured | 225.05 | NA | NA | 0.00 | 0.00 |
| Orland Park Police Department | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | 89.10 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTER | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Secured | 70,370.00 | 143,328.88 | 0.00 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 91,288.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Secured | NA | 25,530.51 | 0.00 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 0.00 | 162.23 | 162.23 | 0.00 | 0.00 |
| University of Illinois | Unsecured | 250.16 | NA | NA | 0.00 | 0.00 |
| University of Illinois | Unsecured | 2,678.89 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 3,296.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 2,453.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 1,760.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ALSIP | Unsecured | 337.50 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ALSIP | Unsecured | 337.50 | NA | NA | 0.00 | 0.00 |
| WOW CHICAGO | Unsecured | 383.80 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$2,106.56** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $588.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$588.00** |

UST Form 101-13-FR-S (09/01/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/29/2015                          By: /s/ Tom Vaughn
                                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**